No. 776. PACIFIC EMPLOYERS INSURANCE Co. *v.* WACK-ERLE ET AL. C. A. 8th Cir. Certiorari denied. *Roy B. Thomson* for petitioner. *Lon Hocker* for respondents.

No. 778. BISHOP ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *John F. Donelan* and *David V. Lansden* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States.

No. 781. McALMOND *v.* DELMORE, WARDEN. Supreme Court of Washington. Certiorari denied. Petitioner *pro se*. *Don Eastvold,* Attorney General of Washington, and *E. P. Donnelly* and *Michael Alfieri,* Assistant Attorneys General, for respondent.

No. 786. NATIONAL SAVINGS & TRUST Co. ET AL., SURVIVING TRUSTEES, *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John E. Powell, Arthur P. Drury, John M. Lynham* and *Charles T. Tittmann* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent.

No. 811. BRILL, TRUSTEE IN BANKRUPTCY, *v.* COHEN & MILLER ADVERTISING, INC. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leon M. Shinberg* for petitioner. *James R. Sharp* for Cohen & Miller Advertising, Inc.; and *Herbert J. Miller, Jr.* for Washington Times-Herald, Inc., respondents.